No. 71–6073.  LATHAN v. DEEGAN, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 71–6076.  THOMPSON v. STROM ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 71–6079.  BURROUGHS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6080.  LUCAS v. BROUGHTON.  C. A. 2d Cir.  Certiorari denied.

No. 71–6083.  WILKERSON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 71–6084.  ARCHIE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 71–6086.  LONG v. KLEINDIENST, ACTING ATTORNEY GENERAL, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 71–6087.  CHAMBERS ET AL. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 71–6089.  WHITE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 71–6090.  SPEAKS v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 71–6091.  JEFFRIES v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–6092.  HAGLER ET AL. v. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 9th Cir.  Certiorari denied.

No. 71–6093.  DEAN v. MOORE ET AL.  C. A. 2d Cir.  Certiorari denied.